No. 02–6442. GRIFFITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6443. GASTELUM-ALMEIDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6444. HAUSER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6445. GRIFFITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6446. GRAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6447. GARCIA-DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6449. FEURTADO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6451. HENDRIX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6452. FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6456. MAYNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6460. CASAREZ-DOMINGUEZ v. UNITED STATES; GOMEZ-FIERRO v. UNITED STATES; JIMENEZ-VARGAS v. UNITED STATES; and SANCHEZ-VILLANUEVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 321.

No. 02–6463. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6464. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6466. MOLINA-FLORES v. UNITED STATES; and RAMIREZ-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 322.

No. 02–6471. ESPINOZA-VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.